GEORGE W. THAYER vs. SYLVANUS COLE.

Under the State Constitution, the District Court is a court of general jurisdiction, and has original jurisdiction in civil actions, although the amount in controversy may be less than one hundred dollars.

This action was commenced in the District Court of Le Sueur County. The complaint sets out for a cause of action, an alleged indebtedness of $37.10.

To this complaint the defendant interposed a demurrer, wherein he specified as a ground of demurrer, "that the amount claimed by the plaintiff of the defendant, being less than one hundred dollars, said complaint on its face does not confer jurisdiction on this Court to hear, try or determine said action, the pretended cause thereof being one of simple contract."

The demurrer was brought on for argument at a regular term of said District Court, in September, 1864. The Court overruled said demurrer. From the order overruling the same the defendant appeals to this Court.

Cox & GRIFFIN for Appellant.

AUSTIN & WARNER for Respondent.

*By the Court*—WILSON, C. J.—The only question in this case is whether the District Court has jurisdiction where the amount in controversy does not exceed one hundred dollars. This question has been settled in *Agin vs. Heyward*, (6 *Minn.*, 110), *and Cressy vs. Gierman*, 7 *Id.*, 407.

Order of the Court below affirmed.

[This case was decided before Judge Berry took his seat on the bench.]